**Trung D. Tu, OSB No. 004100**
Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Avenue, Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

    Of Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DEXTER PEARCE**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**; and **JOHN DOES 1-10**,<br><br>    Defendants. | Case No. **3:22-cv-00518-HZ**<br><br>**DEFENDANT CITY OF PORTLAND'S WITHDRAWAL OF ITS MOTION TO DISMISS AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

    In response to the [First] Amended Complaint ("FAC") (ECF No. 11) filed by Plaintiff Dexter J. Pearce ("Plaintiff" or "Pearce") in this case, on June 21, 2022, Defendant City of Portland ("Defendant" or "City") filed a Motion to Dismiss as to Plaintiff's First Amended Complaint ("MTD") (ECF No. 13). However, on July 4, 2022, Plaintiff filed a Motion to Amend Complaint ("MTA") (ECF No. 15), in which Plaintiff requests leave from the Court to file his proposed Second Amended Complaint ("Proposed SAC") that is attached to the supporting Declaration of Counsel (ECF No. 16, ¶ 5, Ex. 1). Since the City does not oppose Plaintiff's MTA and expects that the Court will grant Plaintiff's MTA and allow him to file his Proposed SAC, the City hereby

Page 1 – **DEFENDANT CITY OF PORTLAND'S WITHDRAWAL OF ITS MOTION TO DISMISS AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

withdraws its currently pending MTD (ECF No. 13) without prejudice to the City raising the same arguments in response to Plaintiff's SAC after the SAC becomes Plaintiff's operative complaint in this case.

DATED: July 6, 2022                    PORTLAND CITY ATTORNEY'S OFFICE


By: */s/ Trung D. Tu*
    Trung D. Tu, OSB No. 004100
    Deputy City Attorney
    Email: trung.tu@portlandoregon.gov
    Telephone: (503) 823-3057
Of Attorneys for Defendant City of Portland

Page 2 – DEFENDANT CITY OF PORTLAND'S WITHDRAWAL OF ITS MOTION TO DISMISS AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, ROOM 430
PORTLAND, OREGON 97204
TEL: (503) 823-4047; FAX: (503) 823-3089

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I served a true and correct copy of the foregoing **DEFENDANT CITY OF PORTLAND'S WITHDRAWAL OF ITS MOTION TO DISMISS AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

Mr. Juan C. Chavez                                   *Of Attorneys for Plaintiff Dexter Pearce*
Mr. Franz H. Bruggemeier
Mr. Alexander Meggitt
OREGON JUSTICE RESOURCE CENTER
P.O. Box 5248
Portland, Oregon 97208
Telephone: (503) 944-2270
Facsimile: (971) 275-1839
Email: jchavez@ojrc.info,
fbruggemeier@ojrc.info and
alex.meggitt@gmail.com

☐   by **mail** in a sealed envelope, with postage fully prepaid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐   by **hand delivery.**

☐   by **facsimile transmission.**

☐   by **email.** Based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒   by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED: July 6, 2022                 */s/ Trung D. Tu*
                                     Trung D. Tu, OSB No. 004100
                                     Deputy City Attorney
                                     Telephone: (503) 823-4047
                                     Of Attorneys for Defendant City of Portland

Page 3 – DEFENDANT CITY OF PORTLAND'S WITHDRAWAL OF ITS MOTION TO DISMISS AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, ROOM 430
PORTLAND, OREGON 97204
TEL: (503) 823-4047; FAX: (503) 823-3089